**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**MICHAEL JACKSON**                                                                           **PLAINTIFF**
**ADC #122135**


**v.**                              **No: 4:16-cv-00093 SWW-PSH**


**CHARLES HOLLADAY,** *et al.*                                              **DEFENDANTS**


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Defendants' motion for summary judgment (Doc. No. 45) is granted. Jackson fails to state official capacity claims, and Defendants are entitled to qualified immunity on Jackson's individual capacity Eighth Amendment claims. Jackson's claims against Defendants are dismissed with prejudice.

DATED this 31st day of October, 2018.



/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE