IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL JACKSON                                                                                   PLAINTIFF
ADC #122135

v.                                     No: 4:16-cv-00093 SWW-PSH

CHARLES HOLLADAY, *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case; the relief sought is denied.

DATED this 31st day of October, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE